from the tank.   While the pipe was so disconnected, the driver of one of defendant's gasoline supply trucks, with the intention of filling the tank, connected the supply truck with the filler pipe at the sidewalk and turned on the gasoline.   The gasoline ran out on the cellar floor and caught fire from the furnace.   The fire communicated to the building and caused the damage complained of.

*William Dike Reed, William B. Shelton* and *Thomas H. Guy* for appellant.

*Charles B. Sullivan* and *Abbott H. Jones* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: ANDREWS, J.   Not voting: HISCOCK, Ch. J. Not sitting: MCLAUGHLIN, J.

---

In the Matter of the Application of JULIUS KERSTEN et al., Respondents.

THE VILLAGE OF SLOAN, Appellant.

*Appeal — unanimous affirmance of orders of Special Term appointing commissioners to assess damages from change of grade of village street and confirming their report — appeal to Court of Appeals dismissed.*

*Matter of Kersten,* 211 App. Div. 839, appeal dismissed.

(Submitted March 4, 1925; decided March 31, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1924, which unanimously affirmed two orders of Special Term one of which confirmed the report of a referee and appointed commissioners to assess the damage sustained by the petitioners and the other of which orders confirmed the report of said commissioners in a proceeding, pursuant to section 159 of the Village Law, for the assessment of damage resulting to petitioners' property from change of grade of a village street.

*William Brennan, Jr.,* for appellant.

*Herbert P. Miller* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.